B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re  **Sagamore Fund 1, LLC**                                                                    Case No.  **10-50610**
                                                Debtor(s)                                          Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **American Hardwood Floors**<br>**Giovanni Rodrigues**<br>**2 Jefferson Avenue**<br>**White Plains, NY 10606** | **American Hardwood Floors**<br>**Giovanni Rodrigues**<br>**2 Jefferson Avenue**<br>**White Plains, NY 10606** | | | **Unknown** |
| **ATC Associates**<br>**104 East 25th Street**<br>**New York, NY 10010** | **ATC Associates**<br>**104 East 25th Street**<br>**New York, NY 10010** | | | **Unknown** |
| **Bob Lontos**<br>**10 Rapids Road**<br>**Stamford, CT 06905** | **Bob Lontos**<br>**10 Rapids Road**<br>**Stamford, CT 06905** | | | **Unknown** |
| **Bohler Engineering PLLC**<br>**2002 Orville Drive North**<br>**Ronkonkoma, NY 11779** | **Bohler Engineering PLLC**<br>**2002 Orville Drive North**<br>**Ronkonkoma, NY 11779** | | | **Unknown** |
| **C&M Homebuilders**<br>**40 Eagle Road**<br>**Norwalk, CT 06850** | **C&M Homebuilders**<br>**40 Eagle Road**<br>**Norwalk, CT 06850** | | | **Unknown** |
| **Castles Oil Corporation**<br>**c/o Cornicello &Tendler**<br>**116 John Street**<br>**New York, NY 10038** | **Castles Oil Corporation**<br>**c/o Cornicello &Tendler**<br>**116 John Street**<br>**New York, NY 10038** | | | **Unknown** |
| **Conant Architects**<br>**315 Madison Avenue #2400**<br>**New York, NY 10017** | **Conant Architects**<br>**315 Madison Avenue #2400**<br>**New York, NY 10017** | | | **Unknown** |
| **Constantine D'Arco**<br>**601 Union Street**<br>**Brooklyn, NY 11215** | **Constantine D'Arco**<br>**601 Union Street**<br>**Brooklyn, NY 11215** | | | **Unknown** |
| **Donato Serini**<br>**315 Baltustrol Street**<br>**Roslyn, NY 11576** | **Donato Serini**<br>**315 Baltustrol Street**<br>**Roslyn, NY 11576** | | | **Unknown** |
| **ECO Home Improvement**<br>**436 Willet Avenue**<br>**Port Chester, NY 10573** | **ECO Home Improvement**<br>**436 Willet Avenue**<br>**Port Chester, NY 10573** | | | **Unknown** |
| **ECS Supply, Inc.**<br>**854 McLean Avenue**<br>**Yonkers, NY 10704** | **ECS Supply, Inc.**<br>**854 McLean Avenue**<br>**Yonkers, NY 10704** | | | **Unknown** |

B4 (Official Form 4) (12/07) - Cont.

In re **Sagamore Fund 1, LLC**  
               Debtor(s)

Case No. **10-50610**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **GEC Electric** 33 University Place Port Chester, NY 10573 | **GEC Electric** 33 University Place Port Chester, NY 10573 | | | **Unknown** |
| **Hoffman Fuel Company** 156 East Washington Avenue Bridgeport, CT 06604 | **Hoffman Fuel Company** 156 East Washington Avenue Bridgeport, CT 06604 | | | **Unknown** |
| **Holland & Knight** 31 West 52nd Street New York, NY 10019 | **Holland & Knight** 31 West 52nd Street New York, NY 10019 | | | **Unknown** |
| **John Zicca Landscaping** 432 Willett Avenue Port Chester, NY 10573 | **John Zicca Landscaping** 432 Willett Avenue Port Chester, NY 10573 | | | **Unknown** |
| **Joseph L. Suppa Plumb & Heat** 425 West William Street Port Chester, NY 10573 | **Joseph L. Suppa Plumb & Heat** 425 West William Street Port Chester, NY 10573 | | | **Unknown** |
| **L&M Company** 140 Highland Street Port Chester, NY 10573 | **L&M Company** 140 Highland Street Port Chester, NY 10573 | | | **Unknown** |
| **Potomac Realty Group LLC** 75 Second Avenue Suite 605 MA 02434 | **Potomac Realty Group LLC** 75 Second Avenue Suite 605 MA 02434 | **14 University Place** | | **13,410,808.00** (8,000,000.00 secured) |
| **Sandra, Inc.** 3500 Galt Ocean Dr. Fort Lauderdale, FL 33308 | **Sandra, Inc.** 3500 Galt Ocean Dr. Fort Lauderdale, FL 33308 | **14 University Place** | | **1,000,000.00** (8,000,000.00 secured) (13,410,808.00 senior lien) |
| **Town of Rye Tax Office** 10 Pearl Street Port Chester, NY 10573 | **Town of Rye Tax Office** 10 Pearl Street Port Chester, NY 10573 | **Real estate taxes** | | **25,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 19, 2010**  
Signature **/s/ Nicholas Lizotte**  
**Nicholas Lizotte**  
**Managing Partner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Connecticut

In re  **Sagamore Fund 1, LLC**  
Debtor(s)

Case No.  **10-50610**  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 19, 2010**

**/s/ Nicholas Lizotte**  
**Nicholas Lizotte**/**Managing Partner**  
Signer/Title

American Hardwood Floors
Giovanni Rodrigues
2 Jefferson Avenue
White Plains, NY 10606


ATC Associates
104 East 25th Street
New York, NY 10010


Bob Lontos
10 Rapids Road
Stamford, CT 06905


Bohler Engineering PLLC
2002 Orville Drive North
Ronkonkoma, NY 11779


C&M Homebuilders
40 Eagle Road
Norwalk, CT 06850


Castles Oil Corporation
c/o Cornicello &Tendler
116 John Street
New York, NY 10038


Conant Architects
315 Madison Avenue #2400
New York, NY 10017


Constantine D'Arco
601 Union Street
Brooklyn, NY 11215


Donato Serini
315 Baltustrol Street
Roslyn, NY 11576


ECO Home Improvement
436 Willet Avenue
Port Chester, NY 10573

ECS Supply, Inc.
854 McLean Avenue
Yonkers, NY 10704


GEC Electric
33 University Place
Port Chester, NY 10573


Hoffman Fuel Company
156 East Washington Avenue
Bridgeport, CT 06604


Holland & Knight
31 West 52nd Street
New York, NY 10019


John Zicca Landscaping
432 Willett Avenue
Port Chester, NY 10573


Joseph L. Suppa Plumb & Heat
425 West William Street
Port Chester, NY 10573


L&M Company
140 Highland Street
Port Chester, NY 10573


New York State Dept Taxation
Bankruptcy Section
PO Box 5300
Albany, NY 12205


Nick Lizotte
15 East Putnam Avenue
Suite 437
Greenwich, CT 06830


Potomac Realty Group LLC
75 Second Avenue
Suite 605
MA 02434

Sagamore Residential
15 East Putnam Avenue
Suite 437
Greenwich, CT 06830


Sandra, Inc.
3500 Galt Ocean Dr.
Fort Lauderdale, FL 33308


Stephen Schubert
6574 N. State Road 7
  Suite 240
Pompano Beach, FL 33073


Sullivan Architecture Group
27 Ann Street
Norwalk, CT 06854


Total Fuel & Energy Corp.
371 North Avenue
New Rochelle, NY 10801


Town of Rye Tax Office
10 Pearl Street
Port Chester, NY 10573


United Overhead Door Corp.
21 Saw Mill River Road
Yonkers, NY 10701


Victor Bracho Painting
58 Lake Street
White Plains, NY 10603