B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Connecticut

| In re | **Sagamore Fund 1, LLC** | Case No. | **10-50610** |
|---|---|---|---|
| | Debtor(s) | Chapter | **11** |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Hardwood Floors Giovanni Rodrigues 2 Jefferson Avenue White Plains, NY 10606** | **American Hardwood Floors Giovanni Rodrigues 2 Jefferson Avenue White Plains, NY 10606** | **Services rendered** | | **8,000.00** |
| **ATC Associates 104 East 25th Street New York, NY 10010** | **ATC Associates 104 East 25th Street New York, NY 10010** | **Services rendered** | | **12,080.00** |
| **Bohler Engineering PLLC 2002 Orville Drive North Ronkonkoma, NY 11779** | **Bohler Engineering PLLC 2002 Orville Drive North Ronkonkoma, NY 11779** | **Services rendered** | | **26,197.84** |
| **C&M Homebuilders 40 Eagle Road Norwalk, CT 06850** | **C&M Homebuilders 40 Eagle Road Norwalk, CT 06850** | **Regent Garden Apartments 14 University Place Port Chester, NY** | | **14,900.00 (8,500,000.00 secured) (13,600,000.00 senior lien)** |
| **Castle Oil Corporation 440 Mamaroneck Avenue Harrison, NY 10528** | **Castle Oil Corporation 440 Mamaroneck Avenue Harrison, NY 10528** | **Heating oil** | | **23,565.74** |
| **Constantine D'Arco 601 Union Street Brooklyn, NY 11215** | **Constantine D'Arco 601 Union Street Brooklyn, NY 11215** | | | **495,000.00** |
| **Cornicello & Tendler 116 John Street New York, NY 10038** | **Cornicello & Tendler 116 John Street New York, NY 10038** | **Legal services rendered** | | **5,000.00** |
| **Donato Serini 315 Baltustrol Street Roslyn, NY 11576** | **Donato Serini 315 Baltustrol Street Roslyn, NY 11576** | | | **500,000.00** |
| **ECO Home Improvement 436 Willet Avenue Port Chester, NY 10573** | **ECO Home Improvement 436 Willet Avenue Port Chester, NY 10573** | **Services rendered** | | **8,000.00** |
| **Godoy Carpentry Contracting 988 Penbroke Road Bridgeport, CT** | **Godoy Carpentry Contracting 988 Penbroke Road Bridgeport, CT** | **Services rendered** | | **10,000.00** |
| **Holland & Knight 31 West 52nd Street New York, NY 10019** | **Holland & Knight 31 West 52nd Street New York, NY 10019** | **Legal services rendered** | | **90,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Sagamore Fund 1, LLC**                                    Case No.    **10-50610**
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| John Zicca Landscaping<br>432 Willett Avenue<br>Port Chester, NY 10573 | John Zicca Landscaping<br>432 Willett Avenue<br>Port Chester, NY 10573 | Snow removal and landscaping | | 37,294.39 |
| Joseph L. Suppa Plumb & Heat<br>425 West William Street<br>Port Chester, NY 10573 | Joseph L. Suppa Plumb & Heat<br>425 West William Street<br>Port Chester, NY 10573 | Regent Garden Apartments<br>14 University Place<br>Port Chester, NY | | 34,709.91<br>(8,500,000.00 secured)<br>(13,614,900.00 senior lien) |
| L&M Company<br>140 Highland Street<br>Port Chester, NY 10573 | L&M Company<br>140 Highland Street<br>Port Chester, NY 10573 | Services rendered | | 57,476.24 |
| Potomac Realty Capital, LLC<br>75 Second Avenue Suite 605<br>Needham, MA 02494 | Potomac Realty Capital, LLC<br>75 Second Avenue Suite 605<br>Needham, MA 02494 | Regent Garden Apartments<br>14 University Place<br>Port Chester, NY | | 12,500,000.00<br><br>(8,500,000.00 secured) |
| Sagamore Residential<br>15 East Putnam Avenue<br>Suite 437<br>Greenwich, CT 06830 | Sagamore Residential<br>15 East Putnam Avenue<br>Suite 437<br>Greenwich, CT 06830 | Loan to company | | 400,000.00 |
| Sandra, Inc.<br>14 University Place<br>Port Chester, NY 10573 | Sandra, Inc.<br>14 University Place<br>Port Chester, NY 10573 | Regent Garden Apartments<br>14 University Place<br>Port Chester, NY | | 1,100,000.00<br>(8,500,000.00 secured)<br>(12,500,000.00 senior lien) |
| Sullivan Architecture Group<br>27 Ann Street<br>Norwalk, CT 06854 | Sullivan Architecture Group<br>27 Ann Street<br>Norwalk, CT 06854 | Services rendered | | 40,000.00 |
| Town of Rye Tax Office<br>10 Pearl Street<br>Port Chester, NY 10573 | Town of Rye Tax Office<br>10 Pearl Street<br>Port Chester, NY 10573 | Real estate taxes | | 60,500.00 |
| United Overhead Door Corp.<br>21 Saw Mill River Road<br>Yonkers, NY 10701 | United Overhead Door Corp.<br>21 Saw Mill River Road<br>Yonkers, NY 10701 | Services rendered | | 4,887.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **April 1, 2010**                    Signature    **/s/ Nicholas Lizotte**
                                                        **Nicholas Lizotte**
                                                        **Managing Partner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Connecticut

In re    **Sagamore Fund 1, LLC**                                              ,    Case No.    __10-50610__

                                                                  Debtor

                                                                  Chapter    __11__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 8,500,000.00 | | |
| B - Personal Property | Yes | 4 | 319,020.91 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 13,649,609.91 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 60,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 1,734,551.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | Total Assets | | 8,819,020.91 | | |
| | | Total Liabilities | | 15,444,661.62 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Connecticut

In re    **Sagamore Fund 1, LLC**                         ,     Case No.    **10-50610**

                                      Debtor            Chapter                     **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Sagamore Fund 1, LLC**                                                ,    Case No.    __10-50610__
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Regent Garden Apartments**<br>**14 University Place**<br>**Port Chester, NY** | | **-** | **8,500,000.00** | **13,649,609.91** |

|  |  |  |
|---|---|---|
| Sub-Total > | **8,500,000.00** | (Total of this page) |
| Total > | **8,500,000.00** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Sagamore Fund 1, LLC**                                                    ,    Case No.    **10-50610**
                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Petty cash on hand from laundry facilities.  Debtor does not have any records as to how much the management company has collected from the laundry facilities.** | - | **Unknown** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Niagara Special Escrow Account** | - | **5,548.30** |
| | | **First Niagara Client Security Deposit Account** | - | **59,177.45** |
| | | **First Niagara Operating Account** | - | **56,887.68** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposits held for Residential Tenants** | - | **55,797.00** |
| | | **Con Edison Security Deposits for Meters** | - | **2,580.00** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture in Model - two couches, one coffee table, two end tables, bed, bedding** | - | **2,000.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Delos Insurance Company General Liability Policy** | - | **0.00** |
| | | **Delos Insurance Company Property Insurance Policy** | - | **0.00** |

Sub-Total >        **181,990.43**
(Total of this page)

  **3**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Sagamore Fund 1, LLC**                                                    ,    Case No.    **10-50610**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Delos Insurance Company** **Business Personal Property Policy** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable - Past due rent owed by tenants.  Figure current as of February 28, 2010; Reports for March are forthcoming and Schedule B will be amended accordingly.** | - | **28,032.88** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >     **28,032.88**
(Total of this page)

Sheet ___1___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Sagamore Fund 1, LLC**                                                                    ,    Case No.    __10-50610__
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Potential claim against L & M Contracting for failure to properly complete project.** | - | **Unknown** |
| | | **Potential claim against Absolute Tank Removal due to their misrepresentations as to the state of the underground storage tank at time of purchase of property in 2007.** | - | **10,000.00** |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Pending lawsuit styled Sagamore Fund 1, LLC v. Potomac Realty Capital, LLC, Supreme Court of the State of New York, County of Westchester Index No. 21280-08 for breach of contract. Matter is pending.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Current rent roll. Value determined by monthly rental income if all rents timely received** | - | **60,287.60** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer, printer, general office supplies** | - | **1,500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Pressure Washer - Brand: Ridgid - size: small** | - | **250.00** |
| | | **Snow blower - Brand: Honda - 4 stroke, HS 520 - size: small** | - | **100.00** |
| | | **Gas Hedge Trimmer - Brand: Excalibur - GHT 225: size: medium** | - | **50.00** |
| | | **Ladder: 40 foot** | - | **50.00** |

|  | Sub-Total >  | 72,237.60 |
|---|---|---|
|  | (Total of this page) | |

Sheet    __2__    of    __3__    continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Sagamore Fund 1, LLC**                                                   ,          Case No.  __10-50610__
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Hand truck: one | - | 10.00 |
| | | Construction materials: tile cutters, other various small tools, sealants, other compounds - Previously used in construction and renovation in units in which construction and renovations had to be halted | - | 150.00 |
| | | Maintenance Materials: Various light bulbs, door sweeps, paint, locksets, blinds, T-8 light fixture tubes, ceiling tiles | - | 100.00 |
| | | Cabinets - Intended for units in which the Debtor was forced to hal construction and renovation. | - | 15,000.00 |
| | | Tile for kitchens and bathrooms - Intended for units in which the Debtor was forced to hal construction and renovation. | - | 5,000.00 |
| | | Closet doors - Intended for units in which the Debtor was forced to hal construction and renovation. | - | 3,000.00 |
| | | Windows - Intended for units in which the Debtor was forced to hal construction and renovation. | - | 3,000.00 |
| | | Trim - Intended for units in which the Debtor was forced to hal construction and renovation. | - | 10,000.00 |
| | | Sheetrock - Intended for units in which the Debtor was forced to hal construction and renovation. | - | 500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Website | - | 0.00 |

|  | Sub-Total > | 36,760.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 319,020.91 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Sagamore Fund 1, LLC**                                                    ,     Case No.    **10-50610**
                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 3/18/2010 | | | | | |
| C&M Homebuilders 40 Eagle Road Norwalk, CT 06850 | | - | | | Mechanic's Lien Regent Garden Apartments 14 University Place Port Chester, NY | | | | | |
| | | | | | Value $           8,500,000.00 | | | | 14,900.00 | 14,900.00 |
| Account No. | | | | | 2/17/2009 | | | | | |
| Joseph L. Suppa Plumb & Heat 425 West William Street Port Chester, NY 10573 | | - | | | Mechanic's Lien Regent Garden Apartments 14 University Place Port Chester, NY | | | | | |
| | | | | | Value $           8,500,000.00 | | | | 34,709.91 | 34,709.91 |
| Account No. | | | | | First Mortgage | | | | | |
| Potomac Realty Capital, LLC 75 Second Avenue Suite 605 Needham, MA 02494 | X | - | | | Regent Garden Apartments 14 University Place Port Chester, NY | | | | | |
| | | | | | Value $           8,500,000.00 | | | | 12,500,000.00 | 4,000,000.00 |
| Account No. | | | | | Second Mortgage | | | | | |
| Sandra, Inc. 14 University Place Port Chester, NY 10573 | | - | | | Regent Garden Apartments 14 University Place Port Chester, NY | | | | | |
| | | | | | Value $           8,500,000.00 | | | | 1,100,000.00 | 1,100,000.00 |

**_0_**  continuation sheets attached

| | Subtotal (Total of this page) | 13,649,609.91 | 5,149,609.91 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 13,649,609.91 | 5,149,609.91 |

B6E (Official Form 6E) (12/07)

In re    **Sagamore Fund 1, LLC**                                                                      Case No. __**10-50610**__
_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

           **1**     continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **Sagamore Fund 1, LLC**                                    ,    Case No.    **10-50610**
_____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Real estate taxes | | | | | | |
| **Town of Rye Tax Office 10 Pearl Street Port Chester, NY 10573** | - | | | | | | 60,500.00 | 60,000.00 | 500.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet  **1**    of  **1**    continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 500.00 |
| | | 60,500.00 |
| | Total (Report on Summary of Schedules) | 500.00 |
| | | 60,500.00 |

Subtotal amounts entitled to priority: 60,000.00 (page), 60,000.00 (total)

B6F (Official Form 6F) (12/07)

In re **Sagamore Fund 1, LLC**                                              Case No.  **10-50610**
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**American Hardwood Floors**<br>**Giovanni Rodrigues**<br>**2 Jefferson Avenue**<br>**White Plains, NY 10606** | - | | | | **Mechanics lien filed 10/3/2008; expired by matter of law**<br>**Services rendered** | | | | 8,000.00 |
| Account No.<br><br>**ATC Associates**<br>**104 East 25th Street**<br>**New York, NY 10010** | - | | | | **Mechanics Lien filed 1/15/2009; lapsed by operation of law**<br>**Services rendered** | | | | 12,080.00 |
| Account No.<br><br>**Barclay Lynch** | - | | | | **Loan to company** | | | | 2,350.00 |
| Account No.<br><br>**Bob Lontos**<br>**10 Rapids Road**<br>**Stamford, CT 06905** | - | | | | **Services rendered** | | | | 3,000.00 |

___5___  continuation sheets attached

Subtotal
(Total of this page)                    25,430.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:42608-100309    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sagamore Fund 1, LLC**                                          ,       Case No.  **10-50610**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Mechanics Lien filed 11/08/2008; lapsed by operation of law | | | | |
| Bohler Engineering PLLC 2002 Orville Drive North Ronkonkoma, NY 11779 | - | | | Services rendered | | | | 26,197.84 |
| Account No. | | | | Heating oil | | | | |
| Castle Oil Corporation 440 Mamaroneck Avenue Harrison, NY 10528 | - | | | | | | | 23,565.74 |
| Account No. | | | | Services rendered | | | | |
| Conant Architects 315 Madison Avenue #2400 New York, NY 10017 | - | | | | | | | 1,000.00 |
| Account No. | | | | | | | | |
| Constantine D'Arco 601 Union Street Brooklyn, NY 11215 | - | | | | | | | 495,000.00 |
| Account No. | | | | Legal services rendered | | | | |
| Cornicello & Tendler 116 John Street New York, NY 10038 | - | | | | | | | 5,000.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

550,763.58

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sagamore Fund 1, LLC**                                      ,         Case No.    **10-50610**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Donato Serini 315 Baltustrol Street Roslyn, NY 11576 | - | | | | | | | 500,000.00 |
| Account No. | | | | Loan to company | | | | |
| Drew De Rici | - | | | | | | | 4,350.00 |
| Account No. | | | | Services rendered | | | | |
| ECO Home Improvement 436 Willet Avenue Port Chester, NY 10573 | - | | | | | | | 8,000.00 |
| Account No. | | | | Services rendered | | | | |
| ECS Supply, Inc. 854 McLean Avenue Yonkers, NY 10704 | - | | | | | | | Unknown |
| Account No. | | | | Services rendered | | | | |
| GEC Electric 33 University Place Port Chester, NY 10573 | - | | | | | | | Unknown |

| Sheet no. **2** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 512,350.00 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Sagamore Fund 1, LLC** ,                          Case No. **10-50610**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **George Stergiopoulos** | - | | Loan to company | | | | **2,000.00** |
| Account No. **Godoy Carpentry Contracting 988 Penbroke Road Bridgeport, CT** | - | | Services rendered | | | | **10,000.00** |
| Account No. **Hoffman Fuel Company 156 East Washington Avenue Bridgeport, CT 06604** | - | | Heating oil | | | | **Unknown** |
| Account No. **Holland & Knight 31 West 52nd Street New York, NY 10019** | - | | Legal services rendered | | | | **90,000.00** |
| Account No. **John Zicca Landscaping 432 Willett Avenue Port Chester, NY 10573** | - | | Snow removal and landscaping | | | | **37,294.39** |

Sheet no. __3__ of __5__ sheets attached to Schedule of          Subtotal          **139,294.39**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sagamore Fund 1, LLC**                                   ,    Case No. ___**10-50610**___
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services rendered | | | | |
| **L&M Company** **140 Highland Street** **Port Chester, NY 10573** | - | | | | | | 57,476.24 |
| Account No. | | | Loan to Company | | | | |
| **Nick Lizotte** **15 East Putnam Avenue** **Suite 437** **Greenwich, CT 06830** | - | | | | | | Unknown |
| Account No. | | | Loan to company | | | | |
| **Sagamore Residential** **15 East Putnam Avenue** **Suite 437** **Greenwich, CT 06830** | - | | | | | | 400,000.00 |
| Account No. | | | Loan to company | | | | |
| **Stephen Schubert** **6574 N. State Road 7** **Suite 240** **Pompano Beach, FL 33073** | - | | | | | | Unknown |
| Account No. | | | Services rendered | | | | |
| **Sullivan Architecture Group** **27 Ann Street** **Norwalk, CT 06854** | - | | | | | | 40,000.00 |

Sheet no. __4__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**497,476.24**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sagamore Fund 1, LLC**                                ,        Case No.    **10-50610**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Terra Partners** | | - | | **Loan to company** | | | | **4,350.00** |
| Account No.<br><br>**Total Fuel & Energy Corp.**<br>**371 North Avenue**<br>**New Rochelle, NY 10801** | | - | | **Heating Oil** | | | | **Unknown** |
| Account No.<br><br>**United Overhead Door Corp.**<br>**21 Saw Mill River Road**<br>**Yonkers, NY 10701** | | - | | **Services rendered** | | | | **4,887.50** |
| Account No.<br><br>**Victor Bracho Painting**<br>**58 Lake Street**<br>**White Plains, NY 10603** | | - | | **Services rendered** | | | | **Unknown** |
| Account No.<br><br> | | | | | | | | |

Sheet no. __5___ of __5___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **9,237.50**

Total
(Report on Summary of Schedules)        **1,734,551.71**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Sagamore Fund 1, LLC**                                                    Case No.    **10-50610**
                                                                          ,
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Ada Gordon | Residential Lease for unit 235-1B |
| Angela Garcia | Residential Lease for unit 16-1D |
| Angelina Ehrhardt | Residential Lease for unit 16-1B |
| Anne-Marie Kuzoe-Jones | Residential Lease for unit 229-2C |
| Cathy Peterson | Residential Lease for unit 18-2A |
| Charumathi Krishnan | Residential Lease for unit 237-2B |
| Chien-Chung Hung | Residential Lease for unit 229-1B |
| Christian Davies & Barbara Ke | Residential Lease for unit 24-1D |
| Dale Hitch | Residential Lease for unit 24-2A |
| Eduardo & Helen Reyes | Residential Lease for unit 18-2C |
| Elizabeth Gleason | Residential Lease for unit 24-1C |
| Erica Debadts and Lindsey Serg | Residential Lease for unit 24-2D |
| Eugenia Ramirez | Residential Lease for unit 14-2A |
| Fabiola Garcia | Residential Lease for unit 16-1A |
| Greg Hughes | Residential Lease for unit 18-1C |
| Helen Werner | Residential Lease for unit 18-2B |
| Hillary Caltagirone and Hamed | Residential Lease for unit 225-1B |
| Ivan Neyra | Residential lease for unit 14-1A |
| Jason Kelly | Residential Lease for unit 18-1A |
| Jennifer Lucido | Residential Lease for unit 225-2C |
| Jennifer Scozzafava and Evan | Residential Lease for unit 24-1A |
| John Bueno | Residential Lease for unit 16-2B |
| Kelly Verdina | Residential Lease for unit 237-2A |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Sagamore Fund 1, LLC**                                    ,    Case No. ___**10-50610**___

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Libardo Franco** | **Residential Lease for unit 14-1B** |
| **Lino Trano, Ana Trano** | **Residential Lease for unit 229-2A** |
| **Louis Ambrosia** | **Residential Lease for unit 229-2D** |
| **Melissa / Steven Stark and Leo** | **Residential Lease for unit 237-1A** |
| **Micheal Kenney & Jill Fusco** | **Residential Lease for unit 229-1A** |
| **Miguel Garcia** | **Residential Lease for unit 16-2B** |
| **Osahone Imafidon** | **Residential Lease for unit 24-2B** |
| **Raymond Bellatoni** | **Residential Lease for unit 16-1C** |
| **Renee Franzen** | **Residential Lease for unit 18-1B** |
| **RX Housing** | **Residential Lease for unit 18-2D** |
| **Ryan Safarian** | **Residential Lease for unit 24-2C** |
| **Scott Havelk** | **Residential Lease for unit 24-1B** |
| **Steven Adler** | **Residential Lease for unit 229-1C** |
| **Steven Garshell** | **Residential Lease for unit 225-2B** |
| **Sunrise Mgmt & Consulting** **3 Lear Jet Lane** **Latham, NY 12110** | **Property management services contract** |
| **Zhifeng Yang and Wen Tan** | **Residential Lease for unit 229-2B** |

Sheet __**1**__ of __**1**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Sagamore Fund 1, LLC**                                         ,    Case No.    **10-50610**
                                      Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Nick Lizotte**<br>**15 Putman Avenue**<br>**Suite 437**<br>**Greenwich, CT 06830**<br>  **Co-signor on Note and Mortgage executed by**<br>**Debtor in favor of Potomac Realty Capital, LLC** | **Potomac Realty Capital, LLC**<br>**75 Second Avenue Suite 605**<br>**Needham, MA 02494** |
| **Stephen Schubert**<br>**6574 N. State Road 7**<br>**Suite 240**<br>**Coconut Creek, FL 33073**<br>  **Co-signor on Note and Mortgage executed by**<br>**Debtor in favor of Potomac Realty Capital, LLC** | **Potomac Realty Capital, LLC**<br>**75 Second Avenue Suite 605**<br>**Needham, MA 02494** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Connecticut

In re   **Sagamore Fund 1, LLC**                                          Case No.   **10-50610**
_____                                  Chapter    **11**
                                        Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Partner of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   __19__   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April  1, 2010**                             Signature   **/s/ Nicholas Lizotte**
_____                                  _____
                                                                 **Nicholas Lizotte**
                                                                 **Managing Partner**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Connecticut

In re   **Sagamore Fund 1, LLC**                                      Case No.   **10-50610**

Debtor(s)                                      Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$820,585.05** | **2009 Gross Business Receipts** |
| **$808,398.58** | **2008 Gross Business Receipts** |
| **$120,010.99** | **2010 Gross Business Receipts YTD ending February 28, 2010** |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|---------------------|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|------------------------------|------------------------------|-----------------------------------|---------------------|
| **Potomac Realty Capital** | **Lock box sweeps pursuant to prior agreement between the parties.** | **$90,000.00** | **$12,500,000.00** |

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-----------------|-------------|---------------------|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---------------------------------|----------------------|------------------------------|-----------------------|
| **Potomac Realty Capital, LLC v. Sagamore Fund 1, LLC Index No.: 01260-09** | **Foreclosure** | **Supreme Court of the State of New York County of Westchester** | **Pending** |
| **Castle Oil Corporation v. Sagamore 1, LLC Index No.: 27960-09** | **Collection** | **Supreme Court of the State of New York County of Westchester** | **Pending** |
| **Sagamore Fund 1, LLC v. Potomac Realty Capital, LLC Index No.: 21280-08** | **Breach of Contract** | **Supreme Court of the State of New York County of Westchester** | **Pending** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Klarides & Kaplan, LLC 284 South Lambert Road Orange, CT 06477** | **Barclay Lynch 3/17/2010** | **$2350 Portion of the total received in the amount of $13,050.00, which is broken down as follows: pre-petition fees earned in the amount of $8,025.00; filing fees paid in the amount of $1,039; remaining retainer balance of $3,986.00 held in trust.** |
| **Klarides & Kaplan, LLC 284 South Lambert Road Orange, CT 06477** | **Terra Partners 3/17/2010** | **$4350 $2350 Portion of the total received in the amount of $13,050.00, which is broken down as follows: pre-petition fees earned in the amount of $8,025.00; filing fees paid in the amount of $1,039; remaining retainer balance of $3,986.00 held in trust.** |
| **Klarides & Kaplan, LLC 284 South Lambert Road Orange, CT 06477** | **Drew De Rici 3/17/2010** | **$4350 $2350 Portion of the total received in the amount of $13,050.00, which is broken down as follows: pre-petition fees earned in the amount of $8,025.00; filing fees paid in the amount of $1,039; remaining retainer balance of $3,986.00 held in trust.** |
| **Klarides & Kaplan, LLC 284 South Lambert Road Orange, CT 06477** | **George Stergiopoulos March 17, 2010** | **$2000 $2350 Portion of the total received in the amount of $13,050.00, which is broken down as follows: pre-petition fees earned in the amount of $8,025.00; filing fees paid in the amount of $1,039; remaining retainer balance of $3,986.00 held in trust.** |

**10. Other transfers**

None
■    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

5

None ■
   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None ■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None ■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
☐     or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Regent Garden Apartments 14 University Place** | **Westchester County Dept of Public Health** | **August 2009** | **Westchester County Dept of Public Health OEHRC - 540-09-PBS** |

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■     Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■     the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■     ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

7

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

      The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

      *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

      **19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                            DATES SERVICES RENDERED
**Jay Gart**

**RMR Residential Realty**

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                            DATES SERVICES RENDERED

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                             ADDRESS
**Sunrise Mgmt & Consulting**                                            **3 Lear Jet Lane**
                                                                  **Latham, NY 12110**

**Sagamore Residential, LLC**                                            **15 Putnam Avenue**
                                                                   **Greenwich, CT 06830**

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

      **20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                                     DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY                  INVENTORY SUPERVISOR                        (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                                 NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                                   RECORDS

8

**21 . Current Partners, Officers, Directors and Shareholders**

None
☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Sagamore Residential, LLC** | **Member** | **66.1%** |
| **Drew De Risi** | **Member** | **27.1%** |
| **George Stergiopoulos** | **Member** | **6.8%** |

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **April  1, 2010**                         Signature    **/s/ Nicholas Lizotte**
                                                               **Nicholas Lizotte**
                                                               **Managing Partner**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Connecticut

In re    **Sagamore Fund 1, LLC**                                    Case No.    **10-50610**

                                            Debtor(s)         Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **12,000.00** |
| Prior to the filing of this statement I have received | $ | **12,000.00** |
| Balance Due | $ | **0.00** |

2.    $    **1,039.00**    of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☐ Debtor       ■ Other (specify):    **Above fees paid by the following individuals by way of loans to the Debtor: Barclay Lynch, George Stergiopoulos, Terra Partners and Drew De Rici.**

4.    The source of compensation to be paid to me is:

■ Debtor       ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
       **Prior to the Petition Date, Klarides & Kaplan, LLC earned fees and costs in the sum of $8,025.00 representing pre-petition services rendered.  Prior to the Petition Date, Klarides & Kaplan, LLC received a retainer of $12,000.00 to be applied toward the above-referenced pre-petition services in the amount of $8,025.00 in connection with the Debtor's Chapter 11 filing.  The Debtor proposes that the remaining funds serve as a post-petition retainer in contemplation of post-petition services to be rendered by Klarides & Kaplan, LLC and that such sums be applied to services performed in connection with the Court's order authorizing employment of Klarides & Kaplan, LLC, subject to fee applications filed and approved by the Court.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **April 1, 2010**                                        **/s/ Dana Kaplan**
                                                    **Dana Kaplan**
                                                    **Klarides & Kaplan, LLC**
                                                    **284 South Lambert Road**
                                                    **Orange, CT 06477**
                                                    **203-404-1160  Fax: 203-404-1157**
                                                    **dkaplan@klarideskaplan.com**

---

# United States Bankruptcy Court
## Connecticut

In re      **Sagamore Fund 1, LLC**                                              ,      Case No. _____**10-50610**_____
Debtor

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Drew DiRisi** | | | **Member** |
| **George Stergiopoulos** | | | **Member** |
| **Sagamore Residential LLC** | | | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____**April  1, 2010**_____      Signature _**/s/ Nicholas Lizotte**_____
**Nicholas Lizotte**
**Managing Partner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Connecticut

In re **Sagamore Fund 1, LLC**        Case No. **10-50610**

Debtor(s)     Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April  1, 2010**

**/s/ Nicholas Lizotte**

**Nicholas Lizotte/Managing Partner**
Signer/Title

American Hardwood Floors
Giovanni Rodrigues
2 Jefferson Avenue
White Plains, NY 10606


ATC Associates
104 East 25th Street
New York, NY 10010


Barclay Lynch


Bob Lontos
10 Rapids Road
Stamford, CT 06905


Bohler Engineering PLLC
2002 Orville Drive North
Ronkonkoma, NY 11779


C&M Homebuilders
40 Eagle Road
Norwalk, CT 06850


Castle Oil Corporation
440 Mamaroneck Avenue
Harrison, NY 10528


Conant Architects
315 Madison Avenue #2400
New York, NY 10017


Constantine D'Arco
601 Union Street
Brooklyn, NY 11215


Cornicello & Tendler
116 John Street
New York, NY 10038

Donato Serini
315 Baltustrol Street
Roslyn, NY 11576


Drew De Rici


ECO Home Improvement
436 Willet Avenue
Port Chester, NY 10573


ECS Supply, Inc.
854 McLean Avenue
Yonkers, NY 10704


GEC Electric
33 University Place
Port Chester, NY 10573


George Stergiopoulos


Godoy Carpentry Contracting
988 Penbroke Road
Bridgeport, CT


Hoffman Fuel Company
156 East Washington Avenue
Bridgeport, CT 06604


Holland & Knight
31 West 52nd Street
New York, NY 10019


John Zicca Landscaping
432 Willett Avenue
Port Chester, NY 10573

Joseph L. Suppa Plumb & Heat
425 West William Street
Port Chester, NY 10573


L&M Company
140 Highland Street
Port Chester, NY 10573


Nick Lizotte
15 East Putnam Avenue
Suite 437
Greenwich, CT 06830


Nick Lizotte
15 Putman Avenue
Suite 437
Greenwich, CT 06830


Potomac Realty Capital, LLC
75 Second Avenue Suite 605
Needham, MA 02494


Sagamore Residential
15 East Putnam Avenue
Suite 437
Greenwich, CT 06830


Sandra, Inc.
14 University Place
Port Chester, NY 10573


Stephen Schubert
6574 N. State Road 7
Suite 240
Pompano Beach, FL 33073


Stephen Schubert
6574 N. State Road 7
Suite 240
Coconut Creek, FL 33073


Sullivan Architecture Group
27 Ann Street
Norwalk, CT 06854

Sunrise Mgmt & Consulting
3 Lear Jet Lane
Latham, NY 12110


Terra Partners


Total Fuel & Energy Corp.
371 North Avenue
New Rochelle, NY 10801


Town of Rye Tax Office
10 Pearl Street
Port Chester, NY 10573


United Overhead Door Corp.
21 Saw Mill River Road
Yonkers, NY 10701


Victor Bracho Painting
58 Lake Street
White Plains, NY 10603

# United States Bankruptcy Court
## Connecticut

In re __Sagamore Fund 1, LLC__                                                    Case No. __10-50610__
                                    Debtor(s)                              Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Sagamore Fund 1, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April  1, 2010__
Date

__/s/ Dana Kaplan__
**Dana Kaplan**
Signature of Attorney or Litigant
Counsel for   **Sagamore Fund 1, LLC**
**Klarides & Kaplan, LLC**
**284 South Lambert Road**
**Orange, CT 06477**
**203-404-1160 Fax:203-404-1157**
**dkaplan@klarideskaplan.com**